**Scott Skier**

| | |
|---|---|
| **From:** | Anthony Jackson <jackson.anthony58@yahoo.com> |
| **Sent:** | Sunday, June 03, 2018 7:32 PM |
| **To:** | Scott Skier |

----- Forwarded Message -----
**From:** Brittany Baker <brittanyranee061413@gmail.com>
**To:** "Jackson.anthony58@yahoo.com" <Jackson.anthony58@yahoo.com>
**Sent:** Wednesday, May 30, 2018, 9:49:36 PM EDT
**Subject:**

To whom it may concern,

My name is Brittany Baker. I had traveled to Florida for treatment. I had attended multiple IOP but hadn't actually done any work to help myself grieve and grow from my past. I had learned to stay clean for 9 months but didn't do any emotional work. Until, I had met Anthony through a friend of mine. He never gave up on me, ever. He saw more in me than I gave myself credit for. Anthony was the owner of the halfway house I stayed in. He was also my therapist, group leader. You could say most clients didn't care for him. But the clients that actually wanted to stay clean and work on themselves, knew Anthony was only trying to help us. He gave all his clients a notebook with a different topic every week to write. For example, one topic I had was "why I love myself". I sat for days on that topic. I didn't love myself, at all. I was feeling defeated and ready to run. I remember bawling my eyes out talking to Anthony telling him I give up. He handed me his black key tag and told me I didn't have to run anymore. That's all I needed to hear. I wrote a whole page why I loved myself. To this day I still have the key tag and it's a daily reminder I don't have to run and I'm not a victim of my past. I'm a survivor!
Our house was a family. The first time for most my childhood I actually had a family that cared and loved about me. Yes, our household had disagreements but Anthony allowed us to express ourselves without conflict. He brought us all close together. He treated us like we was his children and cared about us. If we needed anything we knew we could turn to him. I learned to trust people and not just expect they wanted something from me. He taught me how to be a friend, women, and when I say I'll do something.. I'll do it. I'm in the moment, not the past.
Just for today I will take one second at a time.

I'm so thankful and blessed Anthony and I crossed paths.


Sincerely,
Brittany

2/26/18

To whom this may concern:

I am writing this letter of reference in regard's to Anthony Jackson. I have had the pleasure of knowing Anthony well over 5 years. I met Anthony during some local community events and we have connected through the treatment aspect as well. Anthony has demonstrated a high level of competence and passion for those suffering from drug use. Anthony has given himself in many ways through referrals for scholarships and assistance with halfway housing.

In regards to his management style and leadership, Anthony has found ways to motivate others to buy into the mission of the organization. Anthony has also given himself after hours and weekends. Having Anthony as a part of the organization will be a plus at any time.

If there is anything else I can do to assist with this process please contact me at the below number.

Regards,

Arthur Cobb

M.S., MCAP, ICADC

Clinical Therapist

954-692-4614

2·26·18

To WHOM IT MAY concern,

My Name is Kimberly Morgan, And I have Known
Mr Anthony Jackson For More than a little over a
Year   I met him while IN my recovery he has been
A Major part of my recovery And the Amazing influence
influence in my life. He's honest, trust worthy
Caring And extremely Supportive.

Please feel free to contact me should you need
Additional information.

Kimberly Morgan
561·876·4791

To Whom It May Concern:

I'm writing this reference in support of Anthony Jackson.

I meet Anthony after getting out of treatment 15 years ago in Narcotics Anonymous.  Throughout that time, I've became a good friend of his.  He has help me in many areas of my life, from my divorce to me becoming a single father. His knack of communicating and advising me at that time, and many other times kept me centered.  As a friend, Anthony is supportive and caring.

It wasn't a surprise to me to see Anthony working in recovery. His continue education encourage me to go back to school.  He can give you the simplest answer to a complex situation, he studied not just to get good grades, but also out of a desire to truly understand the material for working in the recovery field. Not everyone can work in the recovery field, he can. His characteristics are a perfect fit. I've never seen him become violent or not openminded.  He's shown me how to carry myself as a man.  I will never forget, when I got custody of my daughter, he came to me and said that's what men do.

His relationship-building skills would enable him to excel for any company, he's working for. Anthony would be an asset to any company, and I wholeheartedly recommend him. Please do not hesitate to be in touch if you have any further questions.

Sincerely,

Tyrome Dalton

954-652-8244

February 23rd, 2018

To Whom It May Concern:

I am writing in reference to Anthony Jackson. I met Anthony in May 2016, almost two years ago. He managed to impact my life in a few short months. Anthony was able to get me to open up and see life in a different way. I had been struggling for years and had been to many treatment centers. There are very few therapists who affected me like Anthony. He is one of TWO therapists, out of roughly 25 treatment centers, who truly changed my life.

Every single day I came in contact with Anthony he pushed me to be a better me. He made me laugh and not take life for granted. He stood by me when I failed and also when I did well. He never gave up on me and wouldn't let me give up on myself.

His personality is one a kind- anybody who came/comes into contact with him will be touched in some way or another. He's one of those people that everybody loves and wants to be around.  He truly is special.

I could never thank him enough for being there for me at some of my lowest points in life. I know it's not just me he has helped, its thousands. He approached every client differently yet always with care, compassion and respect and at the same time saw right through the nonsense. He is an amazing therapist!


Thank you for reading.


Sincerely,
Ashley Canning
Former Client

2/26/2018                                    Print Window

Subject:  **Letter**

From:  16davidmiller@comcast.net

To:  Jackson.anthony58@yahoo.com

Date:  Monday, February 26, 2018, 9:44:25 AM EST

To whom it may concern,
    My name is David Miller I've been a friend and I've known Mr. Jackson for over 20 years he's done some incredible things with his life. Over the years I've watched him grow as a man a excellent father super grandfather. The best son a mother could have and a loving brother.I've all so watched him work in this recovery field and help countless of people in recovery over the years.
Sent from my iPhone

February 23, 2018

Re:  Anthony Jackson

To Whom It May Concern:

My 25-year-old daughter came to my husband and me in the Spring of 2015 and informed us she had a problem with drugs.  This was absolutely devastating news to us.  She became part of the opioid crisis and this was just the beginning of years of treatment and relapses and the heartbreak that goes with it.

In August of 2015, we sent her to a rehab in Florida from our home in Pennsylvania. That fall, she called me after having been in a program and been assigned two separate therapists at different times with whom she had trouble relating.  A few months after that she moved to a program called Footsteps.  It was there she met Anthony Jackson.  She called within a few days to tell me she finally found a therapist who "got her", who was tough but caring, disciplined but flexible and most important, was able to discern between a "story" and the truth and call her on it without humiliating her.

Anthony established 3-way conversations by phone on many occasions allowing me to feel a part of my daughter's journey.  He was always available to talk if I called.  I was impressed by his work ethic and how seriously he recognized the importance of his role with his clients.  At some point, Anthony left Footsteps and took a position at Reflections. My daughter felt so strongly about his ability to help her that she transferred out of Footsteps and into Reflections.

I was able to meet Anthony in person in February of 2016.  At that time, we had a family therapy session and I found him to be thoroughly committed to working with, and helping my daughter address her addiction issues.  Observing his interaction with other clients was no different.  They seemed to be inclined to seek out Anthony as opposed to other therapists.  Anthony continued to work with my daughter until March of 2017, when she had an opportunity to enroll in a program in California close to where her uncle lives.

Regardless of any position for which Anthony applies, I believe he will be committed to that role and will bring to it his sound work ethic, his commitment to his clients, and his caring and dedicated personality.

Sincerely,


**Kathleen T. Mull**

February 22, 2018

To Whom it May Concern,

This letter is to serve as a character reference for Anthony Jackson, whom I began working with in August of 2015.

In a supervisory capacity, his direction was focused toward providing a safe and compassionate environment for clients. He was firm in his insistence that staff be well trained, alert and able to adapt to the flow of the day in a mental health setting. His insight was invaluable to me because I was new to an industry where emotions can run high. He listened with patience and was able to guide me to self-reflection and having more compassion for the plight of the clients.

As a member of the clinical tech team, I was able to audit many of the group sessions that he lead with clients which I found very inspiring. Mr. Jackson seemed to have a natural gift for understanding and communicating with clients. He was able to give them direction, even teaching them basic manners and then insisting that they practice them. No small feat for a clientele with little to no understanding of polite society. The clients seemed to really listen to him and trust him because they knew he actually cared about them and was there for them. Mr. Jackson was no stuffy program director that stayed locked in his office. He was an active participant in the life of the center and was always available to clients if they really needed to talk. He never seemed to tire of listening to them or laughing with them.

As colleagues, continuing in the same line of work, Mr. Jackson has remained a mentor offering encouragement and direction that has assisted me in my work but more importantly has helped me to expand and grow as a human being. In short, he inspires me to be the best version of me, to always put my best foot forward.

With Gratitude,

Hilary Dolbeare

Subject:   Letter of Character

From:   ReginaldDBrown@hotmail.com
To:   jackson.anthony58@yahoo.com
Date:   Monday, February 26, 2018, 1:59:17 PM EST

02/26/18

To Whom It May Concern:

This letter is to express my business experience and personal relationship with Anthony Jackson.

First and foremost, I met Anthony several years ago through a mutual friend in Narcotics Anonymous. We instantly became friends! We had similarities outside of the Program that helped us develop a great friendship.

As our friendship developed, I noticed how many people knew Anthony and how valuable he was to those people. The way he interacted with many of them made me suspect he was some sort of counselor, which I later found out to be the case. I eventually started working with Anthony at a drug and alcohol treatment center and saw first hand how he operated with his clients.

Wow! As I thought to myself, witnessed the love, care and support he gave to each and every client. I've never seen in my professional career a level of sincerity that Anthony always displayed. I've witnessed Anthony gain trust in many clients who refused to acknowledge anyone! I've witnessed clients not willing to talk to anyone but Anthony because they believed only he understood what they were going through. I even witnessed Anthony bring smiles to the coldest and hardest hearts! I've witnessed a man that knows his value! I've witnessed a true professional who loves the work he does and the people he helps. I witnessed Anthony in action!

Committed to seeing the personal lives of people with drug addiction overcome their illness, Anthony is the guy that will help! His loyalty, open heart and non bias attitude towards anyone, has made me admire and respect him as a professional and a personal friend.

I pray that this letter will help him in all the ways he deserves! What he deserves the most is respect and support that he gives to his Friends and Clients!

Thank you for giving me the opportunity to share my experience with Anthony.

Sincerely,

Reggie Brown

2/26/2018                                                    Print Window

---

Subject:   **Reference**

---

From:   crystar6915@gmail.com

To:   jackson.anthony58@yahoo.com

Date:   Sunday, February 25, 2018, 10:37:09 PM EST

---

To whom it may concern ,

I write this letter with very much enthusiam and delight knowing that a man I've grown to know and admire not only on a professional, but also personal level will be acknowledged.

Anthony Jackson has been nothing but a outstanding person in my life . I came to south Florida a broken human being. Naturally i moved around quite often. All that changed as soon as i walked into a treatment center and Anthony Jackson was appointed my therapist . He understood me , he got to know me , and he brought himself to my level . He had very unconventional methods , which most people thought were absolutely insane - but they worked. If it wasn't for him i honestly don't think i would be alive today . I moved on from that facility , however Anthony did not move on from my life . He is eyond dedicated to his clients and his work . He has made sure to keep in contact with me through out the years and also my family . Any situation i have been in , good or bad he has been there to guide me in the right path .  He is more than just a therapist , he is a friend , a confidant , a pillar of the recovery community , someone i learned to truely be able to count on . Any person to cross paths with him I'm sure would agree with me on this subject, and any facility that has him as an employee is lucky to be able to have a genuine and caring person working for them . I grew to appreciate and care for this man threw my journey and am blessed to have met him .

Sincerely ,

Crystal Russell

2/26/2018                                                     Print Window

Subject:  **character letter**

From:   paigemull1@gmail.com

To:   Jackson.anthony58@yahoo.com

Date:   Monday, February 26, 2018, 12:23:52 PM EST

February 26, 2018

To whom it may concern,

My name is Paige Mull and I had the pleasure of being a client of Anthony Jackson throughout the winter of 2015 and the spring of 2016.  I have worked with a number of therapists in my life and I have never learned as much about myself as I did with Anthony.  His approach is brilliant and unique.  From the beginning, without knowing much of my history, he was able to see through my mask and manipulation.  He brought to light things I never wanted to admit and helped me work through them.  He gave me hope and constantly showed me how much he believed in me, making me, for the first time, believe in myself.  The tough love and care he displays to his clients is truly beautiful.  Even now, as I live acoss the country, Anthony checks up on me and continues to show his desire to be of service.  I will forever have a special place in my heart for him.  Anthony will continue to make a great impact any place he works.

Paige Mull
paigemull1@gmail.com

2/26/2018                                                            Print Window

Subject:

From:     sarahellen0426@gmail.com

To:       Jackson.anthony58@yahoo.com

Date:     Monday, February 26, 2018, 11:04:05 AM EST

To whom it may concern,
    Anthony jacksons was my therapist for about 5 years and I also lived in a halfway house he ran! Anthony is probably the best person i know. He was always there for me no matter what time it was he was just a phone call away! I look at him as a father i never had! He gave me advice as i feel like a father would give to his daughter, and it wasn't the text book answer it was from the heart and based on his experiences. Every time I left his office I felt a little better. When I left programs he would always check up on me and when I was ready to try again he was right there waiting for that phone call and would come as soon as he could or as soon as he could send someone. Anthony barley missed a day of work or a group, he made everyone very involved when he was running group although it would make me so mad and I would scream and cuss and try and push anyone that cared away anthony is very caring and loving and told me he would never give up on me no matter what that I could call him any name in the book or act anyway he wasn't going anywhere. It was his goal everyday to reach at least on person and he did! Everyone wanted to be on his case load because even though he's rough around the edges and doesn't sugar coat anything he has a heart of gold! If it wasn't for Anthony I would be dead somewhere or still getting high. Im very proud to say I have not used drugs in almost a year and i owe Anthony alot of That because if it wasn't for him and getting over all my problems in one on ones I dont know where I would be!!


Sincerely,
Sarah lockhart

2/26/2018                                                                 Print Window

Subject: **letter**

From:  jstump1000@gmail.com

To:  Jackson.anthony58@yahoo.com

Date:  Monday, February 26, 2018, 11:40:18 AM EST

To whom it may concern,

   My name is Jonathon Stump. I first met Mr. Anthony Jackson in the year of 2013 when I had just moved into a halfway house after completing 120 days of inpatient treatment and started attenting intensive outpatient program sessions for 5 hours per day, 5 days per week. I was also required to do (1) one-on-one with my therapist for at least one hour,  once a week.  Anthony was assigned as my primary therapist at that time. I'm a very intellectual person and very shy at times. I usually kept to myself in Florida in general, and Anthony slowly showed me how to open up and be comfortable in all types of settings. I was too shy to tell him as a therapist how I felt even alone , but he made it more comfortable for me to do so. Anthony helped me find myself and figure out who I was as a man, and he lifted the curtain and showed me how amazing my life could actually be if I just put in the effort. he would stay late to see me on Fridays when he could have been home with his wife after a 50 hour work week. He really takes pride in his job and he loved his clients. they were more than just clients to him. they were mother's, and, brothers, fathers, and he treated them with the up most respect and fought for them like each of his clients were his own children. he would tear some people down to their foundations, help you adress issues within yourself, and help you build yourself back up to be an amazing person. Anthony was my therapist for 2 solid years, and over those two years, lots of things changed for me for the better. He helped me realize my potential , and now i have an online store and have been very successfuk thos last year. Je has given me better advice on more issues and helped fox more situations  than my father ever had done. he's been there more also. He takes every person more serious than anything else on earth, and he is a very just, and righteous person, and very protective of his clients. and he is the most fair bias person I've ever met. After two years of Anthony being my primary therapist, I had saved money and moved into my own apartment wirh my girlfriend. Anthony still kept in touch once a week and we did our 1 on 1 on the phone, and obviously it was free and he never asked for a penny. we've developed a strong bond over these last 5 years, and I consider him a role model for myself for sure. He completely opened my eyes to my situation and my past and helped me help myself so I could have a better future. recently I just bought a home, and I have a 2 year old daughter and a fiance. and I can honestly say that without Anthony, my whole entire life would be different. he is so respected in his profession and community for the help and work he has put in over these years and he's widely respected for how much he cares for his clients. he's got the most incredible heart and loves his clients and peers unconditionally until they can pick  up and love themselves. For clients in the condition I was in, that's an incredible thing, and that's what we need to experience in order to heal. Anthony has helped more people stay clean than any other person I've ever met, and I've never met a person that could compare to him. he should be treasured as an addictions counselor, and should definetly be noticed more for what he does for people. Now, we have a strong bond and we still speak once a week after 5 years. that pretty much speaks for itself. hearing him say he's proud of who I've become is what I've been wanting to hear for a long time and I'm happy and proud to say he's the driving force behind my whole new life I've created for my family, and I'm forever grateful for him. I firmly stand beside him and all he has accomplished should be celebrated and looked upon with great honor. sincerely,

        Jonathon Stump

Reniese McNeal, BA, CAC, CRPS
2010 NW 43rd Terrace, #7
Lauderhill, Florida 33313

To Whom It May Concern,

     I confirm that I have known Mr. Anthony Jackson for over 15 years. He and I have become friends and colleagues. I have had the chance to get to know on a professional and personal level and can say without a doubt that you are dealing with a person of very good moral character.

     Anthony has exhibited dedication and commitment to his clients in the field of Addiction Treatment as well as being a good friend, he has proven time and again that he is a responsible and dependable person. In our professional field, he has displayed his abilities to be a good leader and co-worker whose primary purpose is the safety and positive productivity of his clients. He provides a friendly and accommodative atmosphere which promotes trust and respect.

     Should there be a need, I will be happy to give you any additional information I can. Please feel free to contact me at your convenience.

Thank you,

Reniese McNeal, BA, CAC, CRPS
754-214-0226

Subject:  **Character reference**

From:   vince2288@gmail.com

To:   jackson.anthony58@yahoo.com

Date:   Monday, February 26, 2018, 9:45:21 PM EST

To whom it may concern this letter is in reference to the character of Mr. Anthony Jackson. Mr. Jackson is a person who has always demonstrated a high level of principles and integrity when dealing with the safety, care and privacy of others.

Vince F.

Subject:  **Letter**

From:  aw2058@yahoo.com

To:  Jackson.anthony58@yahoo.com

Date:  Monday, February 26, 2018, 10:34:37 PM EST

Sent from Yahoo Mail on Android

To whom it may concern,

I have known Anthony Jackson for about a year now and what is unique is that I've known him on multiple levels this past year. He is hard-working, caring, and a very experienced in all aspects of life. There has been times where he has stopped whatever he was doing just to make sure that whatever problem would arise would be solved in a quick, orderly and efficient manner. Anthony would be the first person I would go to for anything for.

As a client I can say that he puts everyones needs above his own. There are many times I would knock on his door and no matter what size my issue was he would always make the time to talk me through it without judgement. His style is different and I say that because with his life experience I felt that he has been through without a doubt the same or worse. He keeps things straight forward and has always reminded me to be a fighter no matter what the situation is.

When I gained employment, Mr. Jackson became my superior. I enjoyed seeing this side of Anthony in the work field. His knowledge of recovery and how he integrated it into the work field made me strive to be the best. He was an excellent teacher and was patient with me as I learned the job. He was also open-minded to new ideas and procedures brought to his attention.

Anthony has been a positive person in my life he makes me feel no matter what the situation is, big or little, there's a solution. I feel that if you are lucky enough to cross his path not only will you learn something from him, he will learn something from you. I'm glad to have someone in my life like that and although we are many miles away from each other, I know that I can call Anthony any time of day and he will without a doubt pick up the phone. People like that are hard to come by. I will be forever grateful he is in my life.

Thank you,
Amanda Whited

2/26/2018                                                                 Print Window

Subject:   **Character letter**

From:   t.romikitis@gmail.com

To:   Jackson.anthony58@yahoo.com

Date:   Sunday, February 25, 2018, 9:19:54 PM EST

2/25/18

To whom it may concern,

   I met Anthony Jackson 3 years ago and I'll be forever grateful. He is a man of integrity, knowledge of his field, passion for helping people, and he has a hugh heart.

   Going into treatment again I thought that Id breeze through and get my completion letter.  But then I ended up in Anthonys group. Anthony doesnt work out of the books and run basic group therapy. He does group therapy so everyone is forced to participate and interact with each other. Its personalized. He used his experience, strength and hope to help me get down to the real core issues. For the first time in 17 years of treatment, a facilitator made me work. He made me look at myself and wouldnt let me hide quietly in the corner. His ways may seem unconventional but its exactly what I needed. I processed and learned alot about myself. Feelings and character defects Ive been avoiding for a long time.

   He would show up early just so he could talk, check-in and joke around with us. His door was always open if I needed to talk in private about something. Still to this day he calls and messages me to see how Im doing and either give me  tough love or tell me how proud he is of me. He goes above and beyond what his job requires.

   Ill never be able to say it enough how forever grateful I am that God put him in my life when I was ready. He helped me save my own life and Im sure countless others can say the same.

                          Sincerely,
                          Theresa Romikitis

2/26/2018                                          Print Window

Subject:   RE: Character Letter

From:   bellmalissa@aol.com

To:   Jackson.anthony58@yahoo.com

Date:   Sunday, February 25, 2018, 10:17:43 PM EST

To whom it may concern:

RE: Reference Letter

The counselor and I completed employment within a treatment center environment. Within the period, I found Mr. Jackson to be knowledgeable, compassionate, and attentive to each client serviced. The candidate exemplified competency and focused on the well-being of each consumer.

Mr. Jackson maintained an open door policy where patients were allowed to communicate their thoughts and feelings. During group intervention, there were various testimonials acknowledged by the clients.  During each encounter, the patients expressed that Mr. Jackson provided moral, social, spiritual, ethical, mental, and emotional support.  Although the candidate implemented stringent boundaries/rules, the clients expressed their gratitude for his keen sense of effective treatment.

After working with Mr. Jackson for some time, I found that he had an eagerness to establish a theraputic and cosistent environment. The counselor was hands on and was always available to step in where there was a need. He communicated effectively with all staff to ensure the safety of everyone was being met. The counselor is an asset within any clinical, residential, and/or treatment setting. Mr. Jackson continues to remain competent, provide community voluntary experience, and advocate for vulnerable clients.  If you may have any questions,  please contact me via email bellmalissa@aol.com or phone @ 205-886-6553.
Best regards,
Ms. Malissa Bell, MSW, MSCE

2/26/2018                                                                 Print Window

Subject:

   From:   victoria.a.ezeir@gmail.com

     To:   Jackson.anthony58@yahoo.com

   Date:   Sunday, February 25, 2018, 9:00:24 PM EST

To Whom it May Concern,

My name is Victoria Ezeir and I am 27 years old. I started my journey to recovery in 2013 when I came to Florida. My first year was a bumpy road, some days I was ok, some days I wasn't. I really wanted a better life for myself but I never truly could get the pieces together to make that happen. I met Anthony Jackson in 2014 when he became my counselor during my intensive outpatient. He was the first person I met that really saw me. He made it a point to reach out to me and take me under his wing. It was really hard coming to face myself, but Anthony helped me do that or made me do that I should say. Its the hardest part for any addict to really sit back look and reflect on what you've done and why. It is near impossible to find someone you can trust and be open to letting someone dig that deep into you. He showed me that it was possible. I am the first to admit I most likely was one of the most difficult client probably anyone has seen and I know he saw that to. Instead of brushing me to the side. like every other counselor before him did he took notice and went out of his way to help me. For almost a year he worked with me. He became somewhat of a father figure to me. With my family so far away I needed that support system and he was that. He broke me all the way down just to build me back up better than I ever was. I know he took more time than his salary required out of each day to help me. I do not say this lightly , this man SAVED my life. I know I am not the only client of his that feels this way. He always put us first. He got more involved in each of our lives than any job would require him to do. He cares about us. He knows what its like to live the life we were living and he devoted the rest of his life to make sure he can help as many of us get out. I am now 3 1/2. Years sober and a mother to my beautiful 2 year old daughter and I know none of this would of been possible without having Anthony in my life. I haven't been a client of his since I moved out on my own a few years ago and he still goes out of his way to check up on me once and a while. Finding someone like that who truly cares about your well being from the day you met till forever isn't just a counselor doing his job. Its a man who loves what he does and loves the people he does it for. No matter what for the rest of my life ill know everything I am now started with his faith in me. He opened my eyes to see myself the way he saw me. I will forever be grateful for the impact he has made on my life. I am a mother, soon to be a wife. I have a career. I have my family that I was born into and the family I have created and from the bottom of my heart I Thank Anthony for that. Thank you for taking the time to hear from me.

2/26/2018                                      Print Window

Subject:   Subject: Reference letter

From:   andrewt321@yahoo.com
To:     Jackson.anthony58@yahoo.com
Date:   Sunday, February 25, 2018, 8:06:20 PM EST

**This letter is reference to Mr. Anthony Jackson. I've known Mr. Jackson for over 20 years. In those years Mr. Jackson has always been a man of integrity, perseverance and courage. His work ethic has been one of commitment, good attendance and has an ability to get along with others. Mr. Jackson has a passion for helping others and serving the client population with fairness, unconditional love, and a desire to motivate, inspire and uplift others. He has been an asset to his community, family and friends. Mr. Jackson has a deep devotion to the welfare of the client population he serves. I know he will continue to strive for excellence in his occupation and in his journey in helping others.**

**Thanking you in advance for taking this letter in consideration.**

**Yours truly, Andrew Tucker**
**754-366-8853**

2/26/2018                                          Print Window

Subject:  **Letter from the heart**

From:  juliannantonaxo@gmail.com

To:  jackson.anthony58@yahoo.com

Date:  Sunday, February 25, 2018, 4:08:24 PM EST

This letter here is to describe what an amazing loving compassionate man Mr.Anthony Jackson is. I've never been in
contact with anyone who personally cared about his clients like he did. I saw him care and nurture my sister back to
herself when every other center had given up and fought for me and her when no one else would still to this day if I ever
run into trouble I would call him in a heartbeat even at 3am he has answered my calls , he was very involved with my
family and my mother loved him she thought he was exactly what you need around you in recovery someone who takes
no crap but loves you to death no matter what mistakes you may do. This is a genuine from my heart letter. Mr.Jackson
was one of the best blessings I ran into while I had my
Time in Florida he is a truly caring and compassionate man and only ever wants to see someone thrive.

Sincerely- Juliann Antona

2/26/2018                                                    Print Window

Subject: **Draft 1**

From:   lindsay.murray.rice@gmail.com

To:   Jackson.anthony58@yahoo.com

Date:   Sunday, February 25, 2018, 1:25:41 PM EST

To whom it may concern,

Anthony Jackson is a man that cares. I have never met anyone as determined, focused, and intuitive as Mr. Jackson. His astounding worth ethic helps him excel and reach deeper, more prominent issues with clientele. He is a man with answers to the most difficult of questions and can help anyone reach greatness. When I speak with Anthony, every word said is heard and every problem is solved. He takes on the hardest cases but can truly save the souls he helps. Thanks to this brilliant man, I am sober.

Sincerely,
Lindsay Rice

Sent from my iPhone

2/26/2018                                                    Print Window

Subject:  **Thank you OG**

From:  turso96@gmail.com

To:  Jackson.anthony58@yahoo.com

Date:  Saturday, February 24, 2018, 11:57:45 PM EST

To whom it may concern,

    I would like to start this letter by first thanking Anthony Jackson for personally saving my life. He committed months of this time and personally sat down with me on a daily basis and never gave up on me through all the struggles that I went through. Not only did he refuse to give up on me, like most counselors would have, he took me onto his caseload immediately, and rigorously fought for me. I came into his program emotionally distraught, physically drained, Unemployable, and for lack of a better term a walking train wreck. After months of hard work, one-on-one sessions as well as multiple group therapy sessions a day, I became a productive member of society. I became somebody who learn how to cope with the problems I have mentally, physically, and emotionally, and honestly I have nobody to thank besides Anthony. I could never repay him for the constant knowledge he so openly gave to me. Not to mention, I personally witnessed him help many others just like me. We came in completely destroyed and no matter how bad the situation he never gave up on us. Since I left the program Anthony is always checking in on me via text message or calling me making sure I'm doing good and asking me to check in with him every once in awhile so he knows I'm okay. I left that program 2 years ago and he still till this day checks on me and I check in with him. In essence, I think of Anthony as a godsend and there's no better way to end this letter by again thanking him for giving me a second chance at life.

    Sincerely,
      Nicholas T. Turso

2/26/2018                                    Print Window

Subject:  **Fwd:**

From:  michaelgayle2013@gmail.com

To:  jackson.anthony58@yahoo.com

Date:  Friday, February 23, 2018, 12:51:32 PM EST

To whom it may concern: My name is Michael Gayle I am an office manager for The Nofault Group
Anthony Jackson is a personal colleague that I have the pleasure of giving a reference for his character. Mr. Jackson is a
dedicated professional in the field of substance abuse and an anchor in the recovery community in the South Florida
area. His commitment to clients is outstanding. He is receptive to client's needs and concerns. Mr Jackson is very
efficient in the clinical applications of substance abuse. His integrity and his work ethic speaks volumes. He is loyal and
dedicated to producing favorable outcomes in the lives of those who suffer from addictions.
I vouch for Mr. Jackson not only as a professional colleague but as a personal friend.

I can be reached for further comments at 954-780-6944

Michael Gayle Office Manager
954NOFAULT
7000 W Oakland Park Blvd.
Suite 202
Sunrise, FL 33313



THE NO-FAULT GROUP
305-NO-FAULT • 954-NO-FAULT • 321-NO-FAULT

02/25/2018

To Whom it may concern,

I am a physician assistant. I have been serving as such since 1984 and have spent most of my career working in the area of addiction medicine. During the months of June through December of 2017 I had the privilege and honor of working with Mr Anthony Jackson. Mr Jackson served as Director of Operations for the Changes Wellness and Recovery Center in Riviera Beach, Florida.

During that time I observed Mr Jackson to be a consummate professional and a tireless advocate for the clients of Changes. In addition to the day to day responsibilities of his position, which were numerous and demanding, he maintained a careful and caring awareness of the individual needs of the clients. He routinely made spot on assessments of clients' mental, emotional, spiritual and medical needs. He frequently brought these needs to my attention and worked with me and other staff members to help get these needs met. These efforts were always within the bounds of professionalism and the laws regarding client privacy and were always weighed against the needs of the community as a whole.

In my thirty four years as a PA I have rarely seen a leader more dedicated to his charge. I am grateful to have had the opportunity to work with Mr Jackson. I have learned much from him about commitment, professionalism and selflessness.

Sincerely,

Peter A. Davis, PA-C  MHR
U. S. Navy, Retired